48 So.2d 889

**BIRMINGHAM ELECTRIC CO. v. Bernard GREEN.**
**6 Div. 99.**

Court of Appeals of Alabama.
Oct. 10, 1950.

Appeal from Circuit Court, Jefferson County; C. B. Smith, Judge.

Lange, Simpson, Robinson & Somerville, of Birmingham, for appellant.

658

Taylor, Higgins, Windham & Perdue, of Birmingham, for appellee.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

48 So.2d 889

**BIRMINGHAM ELECTRIC CO. v. Eleanor Lucille GREEN.**

**6 Div. 100.**

Court of Appeals of Alabama.
Oct. 10, 1950.

Appeal from Circuit Court, Jefferson County; C. B. Smith, Judge.

Lange, Simpson, Robinson & Somerville, of Birmingham, for appellant.

Taylor, Higgins, Windham & Perdue, of Birmingham, for appellee.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.